353 A.2d 34

**COMMONWEALTH of Pennsylvania**

**v.**

**Major MORGAN, Appellant.**

Supreme Court of Pennsylvania.

Argued May 5, 1975.

Decided March 17, 1976.

Anthony S. Federico, Jr., Harrisburg, for appellant.

Marion E. MacIntyre, Second Asst. Dist. Atty., Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX.

## OPINION OF THE COURT

PER CURIAM.

Order affirmed.